# First District Court of Appeal
## State of Florida

———————————————

No. 1D17-4358

———————————————

Jerome Alexander Robinson,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

June 25, 2018

Per Curiam.

Affirmed.

Lewis, Roberts, and Jay, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Andy Thomas, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.